IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORRIS E. PEGUES,

      Petitioner,

v.

PETER HUIBREGTSE,

      Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-194-wmc

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the petition of Norris E. Pegues for a writ of habeas corpus under 28 U.S.C. § 2254 is denied as to ground 8 (failure to disclose exculpatory evidence) and dismissed as to grounds 1-7 and 9 because they are barred by the doctrine of procedural default.

By: _____       9-25-10
    Peter Oppeneer, Clerk of Court        Date