THE UNITED STATES DISTRICT COURT
REC'D/FILED
FOR THE WESTERN DISTRICT OF WISCONSIN
2017 APR 10 AM 11: 41
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| NORRIS E. PEGUES, | |
| Petitioner, | Re: District Court Case No. 11-cv-194-wmc |
| v. | District Court Judge: William M. Conley |
| TIMOTHY DOUMA, Warden, | Re: Fed. R. Civ. P. Rule 60(b) |
| Respondent. | |

## NOTICE OF APPEAL

Pursuant to Rule 4(a), Federal Rules of Appellate Procedure, Petitioner Norris Pegues, hereby appeals from the Judgment of the court denying the motion for relief under Rule 60(b) and dismissing the action with prejudice. Said Judgment was entered on March 7, 2017, by Hor. William M. Conley, U.S. District Judge.

Filed contemporaneously with this Notice of Appeal, Petitioner respectfully submits an Application for Certificate of Appealability from the District Court.

Respectfully submitted this 4th day of April, 2017.

_____
Norris E. Pegues
DOC# 067020
New Lisbon Correctional Institution
P.O. Box 4000
New Lisbon, Wisconsin 53950